# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 09-14-00240-CR | OFFENSE: | Miscellaneous/Other Criminal including Misdemeanor or Felony |
| STYLE: | Jessie Haynes v. The State of Texas | PUNISHMENT: | |
| | | COUNTY: | Jefferson |

| | | | |
|---|---|---|---|
| TRIAL COURT: | County Court at Law No 3 | Appellant's | MOTION |
| TRIAL COURT #: | 299967 | FOR REHEARING IS: | OVERRULED |
| TRIAL COURT JUDGE: | Judge Langston Adams | DATE: | 01-08-16 |
| DISPOSITION: | AFFIRMED | JUDGE: | PER CURIAM |

DATE:        12-23-15

JUSTICE:   Leanne Johnson          PC   NO   S   YES

PUBLISH:   NO                            DNP:   YES

| | | | |
|---|---|---|---|
| CLK RECORD: | 09-16-14 | SUPP CLK RECORD: | |
| RPT RECORD: | 01-21-15 | SUPP RPT RECORD: | |
| STATE BR: | 05-20-15 | SUPP BR: | |
| APP BR: | 04-21-15 | PRO SE BR: | |

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # _____PD_0116-16_____

----------------------

_____APPELLANT'S__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED_____

DATE: __05/04/2016_____

JUDGE: ___Per Curiam_____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____